UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN CARRIER | CIVIL ACTION |
| VERSUS | NO: 16-9477 |
| CONTINENTAL PLAZA PARTNERSHIP, LLP, ET AL. | SECTION: "J"(5) |

### ORDER OF DISMISSAL

The Court having been advised by Garret S. DeReus, counsel for Plaintiff, that Plaintiff and Defendant Continental Plaza Partnership, LLP have firmly agreed upon a compromise,

**IT IS ORDERED** that Plaintiff's claims against Defendant Continental Plaza Partnership, LLP in the above-captioned matter are hereby dismissed without costs, but without prejudice with the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 2nd day of November, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE